**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MICHAEL P. BRYANT,

    Plaintiff,

vs.                                                   CASE NO. 5:09cv278/RS-EMT

CCBCC, INC.,

    Defendant.
_____/

## ORDER

The relief requested by Defendant's Unopposed Motion For Telephonic Appearance At Mediation By Defendant's Representative (Doc. 28) is **granted**.

**ORDERED** on April 30, 2010.

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK
                                                 UNITED STATES DISTRICT JUDGE**